1  Cyrus Safa
2  Attorney at Law: 282971
3  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
4  Tel: (562)437-7006
5  Fax: (562)432-2935
   E-Mail: rohlfing.office@rohlfinglaw.com
6  Attorneys for Plaintiff
   ALAN S. WILSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN S. WILSON | Case No.: 2:15-cv-01666-CKD |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND/OR REMAND & <u>ORDER</u> |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Plaintiff Alan S. Wilson and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from January 23, 2016 to February 22, 2016 for Plaintiff to file a Motion for Summary Judgment and/or Remand, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: January 25, 2016            Respectfully submitted,

                                             LAWRENCE D. ROHLFING

                                             /s/ *Cyrus Safa*

                      BY: _____
                            Cyrus Safa
                            Attorney for plaintiff Mr. Alan S. Wilson

DATE:  January 25, 2016

                                BENJAMIN B. WAGNER
                                 *United States Attorney*

                                    /s/ *Chantal R. Jenkins*

                     BY: _____
                          Chantal R. Jenkins
                          Special Assistant United States Attorney
                          Attorneys for defendant Carolyn W. Colvin
                          |*authorized by e-mail|

<u>ORDER</u>

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including February 22, 2016, in which to file Plaintiff's Motion for Summary Judgment and/or Remand, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

IT IS SO ORDERED.

**Dated:  January 27, 2016**

                                                   _____
                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE