BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ALAN S. WILSON,<br><br>            Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 2:15-cv-01666-CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to April 22, 2016 to respond to Plaintiff's opening brief.  Counsel for Defendant miscalendered the deadlines for this case and, as a result, did not file a stipulation for extension on the due date, March 23, 2016.  Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience, and will make every effort to make sure that this does not happen again.  Defendant respectfully requests additional time due to a heavy workload.  Defendant's counsel is currently preparing for oral

argument in the Ninth Circuit.  In addition, Defendant's counsel is responsible for managing and briefing forty-four other matters pending before the District Courts.

     This request is made in good faith with no intention to unduly delay the proceedings.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

     Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated:  March 29, 2016      */s/ Cyrus Safa by Chantal R. Jenkins\**
Cyrus Safa
As authorized *via* email on March 29, 2016
Attorney for Plaintiff

Dated:  March 29, 2016      BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated:  March 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE