Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Alan S. Wilson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN S. WILSON, | Case No.: 2:15-cv-01666-CKD |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Alan S. Wilson be awarded attorney fees in the amount of four thousand one hundred twenty four dollars and sixty three cents ($4,124.63) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Alan S. Wilson, the government will consider the matter of Alan S. Wilson's assignment of EAJA fees to Cyrus Safa.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Alan S. Wilson, but if the Department of the Treasury determines that Alan S. Wilson does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Alan S. Wilson.[1]  Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Alan S. Wilson's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Alan S. Wilson and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under

/ /

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 9, 2016		Respectfully submitted,

		LAW OFFICES OF LAWRENCE D. ROHLFING

		/s/ *Cyrus Safa*
BY:_____
		Cyrus Safa
		Attorney for plaintiff Alan S. Wilson


DATED:		PHILLIP A. TALBERT
		Acting United States Attorney


		/s/ *Chantal R. Jenkins*
		_____
		CHANTAL R. JENKINS
		Special Assistant United States Attorney
		Attorneys for Defendant Carolyn W. Colvin,
		Acting Commissioner of Social Security
		(Per e-mail authorization)


**ORDER**

Approved and so ordered:

Dated: August 16, 2016

		_____
		CAROLYN K. DELANEY
		UNITED STATES MAGISTRATE JUDGE